DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FARIS FAKHOURY, M.D.** and **FARIS J. FAKHOURY, M.D., P.A.,**
Appellants,

v.

**NEIL GREENBERG** and **AUGUSTA GREENBERG,** his wife, **BRANDT DELHAMER, M.D., EMERGENCY SPECIALISTS OF WELLINGTON, INC.,** and **WELLINGTON REGIONAL MEDICAL CENTER, INCORPORATED,**
Appellees.

No. 4D20-1282

[March 11, 2021]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 50-2020-CA-000297-XXXX-MB.

Dinah S. Stein of Hicks, Porter, Ebenfeld & Stein, P.A., Miami, and Alex D. Barker of Adams Coogler, P.A., West Palm Beach, for appellants.

Lisa Levine of Lisa S. Levine, P.A., Weston, Crane A. Johnstone of Johnstone Law, P.A., Fort Lauderdale, and Nichole J. Segal of Burlington & Rockenbach, P.A., West Palm Beach, for appellees Neil Greenberg and Augusta Greenberg, his wife.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***